IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

APR 3 0 2007

U.S. DISTRI...
WESTERN DIS...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07mj93 |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAL ZAKRZEWSKI | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this 30th day of April, 2007, at 3:08 p.m.

_____
CARL HORN III
UNITED STATES MAGISTRATE JUDGE